THE PENNSYLVANIA COMPANY ET AL. *v.* MASCOE
ET AL.

[No. 12,120. Filed April 2, 1925.]

From the Marion Superior Court (A 18,048); *Theophilus J. Moll*, Judge.

Action by John Mascoe and another against the Pennsylvania Company and another. From a judgment for plaintiff, the defendants appeal. *Affirmed.*

*Pickens, Gause, Davidson & Pickens*, for appellants.
*Galvin & West*, for appellees.

NICHOLS, J.—This case involves the same flood event and presents substantially the same questions as the case of *Pennsylvania Co.* v. *Watson* (1925), *ante* 496, 146 N. E. 763.

On the authority of that case, the judgment is affirmed.

DYER *v.* HALL.

[No. 12,122. Filed April 1, 1925.]

From Marion Superior Court (A 25,840); *Linn D. Hay*, Judge.

Action between John A. Dyer and Albert W. Hall. From the judgment rendered, the former appeals. *Affirmed.*

*James E. Bingham*, for appellant.
*W. W. Thornton*, for appellee.

REMY, J.—The only question saved by appellant at the trial of this cause, and which is presented to this court for review, is the sufficiency of the evidence to sustain the decision of the trial court. There is substantial evidence to sustain the decision.

Affirmed.